UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>                              Plaintiff,<br><br>        -against-<br><br>840 WESTCHESTER AVENUE NMA, LLC et al.,<br><br>                              Defendants. | Case No. 1:24-cv-07680 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

The Court held a status conference today and Defendants did not appear after being served with notice of the conference.  As ordered at the conference, Plaintiff shall file any motions that they elect to file by April 3, 2025.  Plaintiff shall serve a copy of this order on Defendants and shall file proof of service on the docket no later than February 17, 2025.  Defendants are advised to appear or risk that decisions may be entered that are adverse to their interests.

Dated: February 13, 2025
       New York, New York

                                            SO ORDERED.

                                            _____
                                            JENNIFER L. ROCHON
                                            United States District Judge

1