**Sheppard**Mullin

Sheppard, Mullin, Richter & Hampton LLP
350 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3460
213.620.1780 main
213.620.1398 fax
www.sheppardmullin.com

Request GRANTED.  The deadline for the Referee's report shall be extended to **December 1, 2025**, and the deadline for Plaintiff's motion for attorney's fees and costs shall be extended to **December 15, 2025**.

**SO ORDERED.**

Dated:  October 30, 2025
        New York, New York

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

Alan M. Feld
213.617.4133 direct
213.443.2791 fax
afeld@sheppardmullin.com

October 29, 2025

**VIA ECF**

Hon. Jennifer L. Rochon, United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:     *Wells Fargo Bank, National Association, as Trustee for the Benefit of the Holders of COMM 2014-CCRE15 Mortgage Trust Commercial Mortgage Pass-Through Certificates v. 840 Westchester Avenue NMA, LLC, et al.*, Case No. 1:24-cv-7680 (JLR)

Dear Judge Rochon:

Plaintiff Wells Fargo Bank, National Association, as Trustee for the Benefit of the Holders of COMM 2014-CCRE15 Mortgage Trust Commercial Mortgage Pass-Through Certificates, as Lender ("Plaintiff") respectfully requests that the Court extend the Referee's deadline to file a report under oath of the disposition of the proceeds of the sale in accordance with RPAPL §1355(1) from October 29, 2025 to December 1, 2025. The foreclosure sale took place on September 29, 2025, in accordance with the terms set forth in the Judgment of Foreclosure and Sale (the "Judgment").  *See* Doc. No. 68. This extension will afford the Referee the additional time necessary to confirm the disposition of proceeds of the sale.

Additionally, Plaintiff respectfully requests that the Court extend Plaintiff's deadline to file a motion for attorneys' fees and costs under Fed. R. Civ. P. 54(d)(2) (the "Motion") from October 31, 2025 to December 15, 2025.  Plaintiff is continuing to incur attorneys' fees and expenses in connection with the impending foreclosure sale of the subject Property and related difficulties in connection with the borrower defendants' failure to turn over post-Loan default rent as required in the Judgment (*See* Judgment pp. 10-11, "each Defendant must turn over to the purchaser at the time of the sale pursuant to this Judgment of Foreclosure and Sale all "Rents" (as defined in the Mortgage) collected or received after July 29, 2017, which was the date of the occurrence of the first "Event of Default" (as defined in the Mortgage)"). Further, Plaintiff continues to incur attorneys' fees and expenses in connection with a lawsuit filed by the ground lessors to terminate the ground leases and evict the borrower defendants for the borrower defendants' failure to pay rent under the ground leases accrued prior to the foreclosure sale, which, if successful, would wholly divest Plaintiff of its collateral. Plaintiff has intervened in the ground lessors' lawsuit against the borrower defendants and will continue to incur attorneys' fees and expenses until the ground lessors' lawsuit is finally resolved. This extension will afford Plaintiff the additional time

**SheppardMullin**

Hon. Jennifer L. Rochon, United States District Judge
October 29, 2025
Page 2

necessary to include all of the attorneys' fees and expenses related to the foreclosure sale in the Motion rather than just a portion thereof.  Moreover, additional attorneys' fees and costs may be incurred in connection with seeking additional relief from the Court should certain related parties continue to not comply with the Court's orders.

Plaintiff appreciates the Court's attention to this matter and remains available to answer any questions the Court may have.

Respectfully submitted,

*/s/ Alan M. Feld*

Alan M. Feld
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP