**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
350 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3460
213.620.1780 main
213.620.1398 fax
www.sheppardmullin.com

Request GRANTED.  Plaintiff's deadline to file its motion for attorneys' fees and costs is extended to **February 15, 2026**.

Dated: December 12, 2025
New York, New York

**SO ORDERED.**

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

Alan M. Feld
213.617.4133 direct
213.443.2791 fax
afeld@sheppardmullin.com

December 12, 2025

**VIA ECF**

Hon. Jennifer L. Rochon, United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:    *Wells Fargo Bank, National Association, as Trustee for the Benefit of the Holders of COMM 2014-CCRE15 Mortgage Trust Commercial Mortgage Pass-Through Certificates v. 840 Westchester Avenue NMA, LLC, et al.*, Case No. 1:24-cv-7680 (JLR)

Dear Judge Rochon:

Plaintiff Wells Fargo Bank, National Association, as Trustee for the Benefit of the Holders of COMM 2014-CCRE15 Mortgage Trust Commercial Mortgage Pass-Through Certificates, as Lender ("Plaintiff") respectfully requests that the Court extend Plaintiff's deadline to file a motion for attorneys' fees and costs under Fed. R. Civ. P. 54(d)(2) (the "Motion") from December 15, 2025 to February 15, 2026. Please be advised that (1) the original deadline for such Motion was August 15, 2025; (2) the Court has granted two prior requests for the extension of such deadline; and (3) Defendants have not consented to any of these extensions, including the instant request, and have remained entirely unresponsive throughout these proceedings.

Plaintiff continues to incur attorneys' fees and expenses in connection with the borrower defendants' failure to turn over  rents as required pursuant to the Judgment. Further, Plaintiff continues to incur attorneys' fees and expenses in connection with an action filed by the ground lessors to terminate the applicable ground leases and evict the borrower defendants. This further extension will afford Plaintiff the additional time necessary to include all of the attorneys' fees and expenses related to the foreclosure sale in the Motion rather than just a portion thereof.

Accordingly, Plaintiff respectfully requests that the Court extend the deadline to file its motion for attorneys' fees and costs to February 15, 2026. Plaintiff appreciates the Court's attention to this matter and remains available to answer any questions the Court may have.

**SheppardMullin**

Hon. Jennifer L. Rochon, United States District Judge
December 12, 2025
Page 2

Respectfully submitted,

*/s/  Alan M. Feld*

Alan M. Feld
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

SMRH:4921-9173-5936.3