

June 15, 2026

*Request GRANTED. Plaintiff's deadline to file its motion for attorneys' fees and costs is extended to **December 15, 2026.** Plaintiff should endeavor to reach a resolution in short order as the Court is unlikely to grant further extensions absent good cause.*

Alan M. Feld
+1.213.617.4133
afeld@sheppard.com

**SO ORDERED.**

*Dated: June 16, 2026
New York, New York*

**VIA ECF**

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

Hon. Jennifer L. Rochon, United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:  *Wells Fargo Bank, National Association, as Trustee for the Benefit of the Holders of COMM 2014-CCRE15 Mortgage Trust Commercial Mortgage Pass-Through Certificates v. 840 Westchester Avenue NMA, LLC, et al.*, Case No. 1:24-cv-7680 (JLR)

Dear Judge Rochon:

Plaintiff Wells Fargo Bank, National Association, as Trustee for the Benefit of the Holders of COMM 2014-CCRE15 Mortgage Trust Commercial Mortgage Pass-Through Certificates, as Lender ("Plaintiff") respectfully requests that the Court extend Plaintiff's deadline to file a motion for attorneys' fees and costs under Fed. R. Civ. P. 54(d)(2) (the "Motion") from June 15, 2026 to December 15, 2026. Please be advised that (1) the original deadline for such Motion was August 15, 2025; (2) the Court has granted four prior requests for the extension of such deadline; and (3) Defendants have not consented to any of these extensions, including the instant request, and have remained entirely unresponsive throughout these proceedings.

Plaintiff continues to incur attorneys' fees and expenses in connection with (i) the borrower defendants' failure to turn over rents as required pursuant to the Judgment and (ii) an action filed by the ground lessors to terminate the applicable ground leases and evict the borrower-defendants. This ground lessors' litigation, in particular, has turned more complex with (i) the ground lessors' own lender having commenced a separate foreclosure action (with respect to the fee interest in the subject property) and (ii) the ground lessors' aggressive litigation against Plaintiff in Bronx County Supreme Court in pursuit of substantial ground rent that is owed but has never been paid by the borrower-defendants. Plaintiff is working diligently with the ground lessors toward a negotiated resolution of this separate litigation and is hopeful of reaching such resolution in the next few months. This further, more lengthy extension will afford Plaintiff additional time necessary to continue its pursuit of a negotiated resolution with the ground lessors, and to include all attorneys' fees and expenses related to the foreclosure sale in the Motion rather than just a portion thereof.

Sheppard, Mullin, Richter & Hampton LLP
350 South Grand Avenue, 40th Floor
Los Angeles, CA 90071
T: +1.213.620.1780 | F: +1.213.620.1398

sheppard.com

Hon. Jennifer L. Rochon, United States District Judge
June 15, 2026
Page 2


Accordingly, Plaintiff respectfully requests that the Court extend the deadline to file its motion for attorneys' fees and costs to December 15, 2026. Plaintiff appreciates the Court's attention to this matter and remains available to answer any questions the Court may have.

Respectfully submitted,

*/s/ Alan M. Feld*

Alan M. Feld
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP